IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REMAR SALANGO,

      Petitioner,                    No. CIV S-09-0044 KJM P

  vs.

D.K. SISTO, et al.,

      Respondents.            <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

        Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's application.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Respondents are directed to file a response to petitioner's application within sixty days from the date of this order. <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the application. <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases. Because

/////

1

this petition challenges a denial of parole, the relevant documents should include the transcript of the parole hearing[1] and any documents, reports or letters considered by the panel;

    2. Petitioner's reply, if any, shall be filed and served within thirty days of service of an answer;

    3. If the response to petitioner's application is a motion, petitioner's opposition or statement of non-opposition shall be filed and served within thirty days of service of the motion, and respondents' reply, if any, shall be filed within fifteen days thereafter; and

    4. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 and a form for consent to the magistrate's jurisdiction on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: June 18, 2009.

_____
U.S. MAGISTRATE JUDGE

2/md
sala0044.100fee.kjm

---

[1] If respondent agrees that the transcript attached as an exhibit to the petition is complete and correct, he need not provide a second copy to the court, but may simply note his acceptance of this transcript in his answer. In addition, if the additional materials attached to the petition were part of the record before the hearing panel, respondent need not provide duplicates but may so indicate in his answer.