IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REMAR SALANGO,

      Petitioner,                    No. CIV S-09-0044 KJM P

  vs.

D.K. SISTO, Warden, et al.,

      Respondent.                 <u>ORDER</u>

_____/

        Petitioner is a state prison inmate proceeding pro se with a petition for a writ of habeas corpus under 28 U.S.C. § 2254. He has filed a motion for the court to accept his amended traverse and a motion for judicial notice.

        Petitioner asks the court to take judicial notice of two unpublished cases which, he alleges, outline the proper standards for considering a habeas petition that challenges the denial of parole. Although the court will consider the applicable law when it reaches the merits of this case, it declines to take judicial notice of these cases because the cases themselves are not adjudicative facts. Fed. R. Evid. 201 (a).

        IT IS THEREFORE ORDERED that:

        1. Petitioner's request that the court accept his amended traverse (docket no. 10) is granted; and

2. Petitioner's motion for judicial notice (docket no. 11) is denied.

DATED: January 27, 2010.

_____
U.S. MAGISTRATE JUDGE

sala0044.201